# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  ED CV 14-1599-WDK (PLAx)                                      Date September 9, 2014

Title:   J & J Sports Productions, Inc. v. Jose Alvaro Diaz Moreno, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      (IN CHAMBERS)

By Order dated October 21, 2013, the parties were advised that a mediation must be concluded no later than July 18, 2014.  On February 4, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 18, 2014, at 9:00 a.m.  A Mediation Report was filed on July 18, 2014, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  Accordingly, on July 21, 2014, defendant was ordered to show cause, no later than July 28, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's October 21, 2013, Order.  When, as of August 6, 2014, defendant had not responded to the order to show cause -- either individually or through counsel -- the Court ordered monetary sanctions for failing to comply with the October 21, 2013, Order, in the amount of $300.  Defendant was ordered to pay that sum to the Clerk of the Court no later than August 12, 2014.  As of this date, defendant has not paid the ordered sum.  Neither has he or his counsel filed any sort of response to the Court's July 21, 2014, or August 6, 2014, Orders.

Accordingly, **no later than September 16, 2014, defendant is ordered to show cause why the unpaid monetary sanctions should not be increased for his failure to abide by this Court's Orders, and defendant's counsel is ordered to show cause why counsel should not also be sanctioned for his failure to appear at the July 18, 2014, mediation and for his failure to respond on his client's behalf to this Court's Orders.**

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL