JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSE ALVARO DIAZ MORENO, et al.,**<br><br>Defendants. | ED<br>Case No. CV 14-01599 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Jose Alvaro Diaz Moreno and Maria Luisa Diaz, individually and d/b/a Mariscos Tecuala, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Jose Alvaro Diaz Moreno and Maria Luisa Diaz, individually and d/b/a Mariscos Tecuala, shall pay the plaintiff, J & J Sports Productions, Inc., $8,800.00 in total damages.

///

///

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendants or the pro se defendants in this matter.
4
5
6 Dated: February 10, 2015
7
   _____
8 William Keller
   United States District Judge
9
10
...
28